**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
------------------------------------------------------------------- X
TR INTERNATIONAL TRADING COMPANY       :
                                       :
        Plaintiff,                     :
                                       :
                                       :     No. 19-217
    v.                                 :     (and attached schedule)
                                       :
                                       :
UNITED STATES                          :
                                       :
        Defendant.                     :
------------------------------------------------------------------- X
```

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rules 75(b) and 75(e) of the Rules of the United States Court of International Trade, Michael K. Tomenga hereby notifies the court of an address change, appears as counsel for plaintiff in this action, (and on the attached schedule) and requests that all correspondence be addressed to him.

The individual attorney in the undersigned firm who is responsible for the litigation is Michael K. Tomenga.

                                          Respectfully submitted,

                                          NEVILLE PETERSON LLP

                                          /s/  Michael K. Tomenga
                                              Michael K. Tomenga
                                              1310 L Street, NW, Suite 300
                                              Washington, DC 20005
                                              Tel: (202) 776-1148

Dated: May 1, 2022

## SCHEDULE TO NOTICE OF APPEARANCE

| Case Number | Case Name | Date Filed |
|---|---|---|
| 19-cv-00217-GSK | TR International Trading Company v. United States | filed 12/23/19 |
| 20-cv-00067-GSK | Thatcher Company, Inc. v. United States | filed 03/30/20 |
| 20-cv-01482-3JP | NVIDIA Corporation v. United States et al | filed 09/18/20 |
| 20-cv-01788-3JP | Promethean Inc. v. United States et al | filed 09/18/20 |
| 20-cv-01859-3JP | Newborn Bros. Co., Inc. v. United States et al | filed 09/19/20 |
| 20-cv-01893-3JP | Harmer Steel Products Company v. United States et al | filed 09/19/20 |
| 20-cv-01923-3JP | Chinada Industries Inc. v. United States et al | filed 09/19/20 |
| 20-cv-01942-3JP | JAC Products, Inc. v. United States et al | filed 09/19/20 |
| 20-cv-01989-3JP | Dixon Valve & Coupling Company, LLC. et al v. United States et al | filed 09/19/20 |
| 20-cv-02033-3JP | A&A Pharmachem Inc. et al v. United States et al | filed 09/19/20 |
| 20-cv-02063-3JP | Olympia Sports Company Incorporated v. United States et al | filed 09/19/20 |

| | | |
|---|---|---|
| 20-cv-03282-3JP | Lucas International Beauty Supply, Inc. v. UNITED STATES OF AMERICA et al | filed 09/21/20 |
| 20-cv-03297-3JP | Altior Industries LLC. v. UNITED STATES OF AMERICA et al | filed 09/21/20 |
| 20-cv-03317-3JP | S.U.P. International LLC. v. UNITED STATES OF AMERICA et al | filed 09/21/20 |
| 20-cv-03343-3JP | Spot, LLC. et al v. UNITED STATES OF AMERICA et al | filed 09/21/20 |
| 20-cv-03611-3JP | GROWLERWERKS, INC. v. UNITED STATES OF AMERICA et al | filed 09/23/20 |
| 20-cv-03765-3JP | Amoss Trading Services, Inc. v. United States of America et al | filed 10/15/20 |
| 21-cv-00053-3JP | The Air Lab, Inc. v. United States et al | filed 02/10/21 |
| 21-cv-00054-3JP | Simon-Aire, Inc. v. United States et al | filed 02/10/21 |
| 21-cv-00059-3JP | Bosski, Inc. v. United States et al | filed 02/17/21 |
| 21-cv-00357-N/A | Thatcher Company, Inc. v. United States | filed 07/27/21 |