UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. GARY S. KATZMANN, JUDGE

| | |
|---|---|
| THATCHER COMPANY, | : |
| | : |
| Plaintiff, | :  Court No.  20-00067 |
| | :                          21-00357 |
| v. | : |
| | : |
| UNITED STATES, | : |
| | : |
| Defendant. | : |
| | : |

### NOTICE OF TERMINATION

PLEASE TAKE NOTICE that pursuant to Rule 75(e) of the Rules of this Court, Jamie L. Shookman, who appeared as attorney for the Defendant in this action, no longer appears as an attorney for the Defendant.  Marcella Powell continues to be the attorney of record.

                                              Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General
                                              Civil Division

                                              PATRICIA M. McCARTHY
                                              Director

BY:                                  /s/ Justin R. Miller
                                              Justin R. Miller
                                              Attorney-in-Charge

                                              /s/Marcella Powell
                                              Marcella Powell
                                              Senior Trial Counsel
                                              International Trade Field Office
                                              Department of Justice, Civil Division
                                              Commercial Litigation Branch
                                              26 Federal Plaza, Room 346
                                              New York, New York 10278
                                              Attorneys for Defendant

Dated: June 17, 2023